UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

CASE NO. 12-60979-CIV-ROSENBAUM/SELTZER

GLASFERD FLETCHER,

    Plaintiff,

vs.

AMERICAN STRATEGIC INSURANCE
CORPORATION,

    Defendant.

_____/

## ORDER REQUIRING STIPULATION OF DISMISSAL

This matter is before the Court upon the Notice of Mediation Result [D.E. 28] filed on March 22, 2013, indicating this matter has been completely settled. In light of the Notice, the Court hereby directs the parties to submit a joint stipulation of dismissal **by March 28, 2013,** so that the case file may be closed. If the parties would like the Court to retain jurisdiction for the limited purpose of enforcing the terms of their settlement, they must make the settlement agreement contingent upon the Court's retaining jurisdiction. *See Anago Franchising, Inc. v. Shaz, LLC*, 677 F.3d 1272 (11th Cir. 2012). Additionally, the parties shall expressly include notification to the Court in their stipulation that the dismissal of the action is contingent upon the Court retaining jurisdiction to enforce the terms of the settlement agreement.

**DONE and ORDERED** at Fort Lauderdale, Florida, this 22nd day of March 2013.

ROBIN S. ROSENBAUM
UNITED STATES DISTRICT JUDGE

Copies furnished to:
Counsel of record